

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00397-CV

**IN THE INTEREST OF J.B.**, D.B., B.B., and J.G.B.

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00294
Honorable Fred Shannon, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the Order of Termination of the trial court is AFFIRMED. No costs are assessed against appellant.

SIGNED December 18, 2013.

Karen Angelini, Justice

---

[1] Sitting by assignment